IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN P. CAPANNA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANCIS J. MARTIN | : | NO.   04-mc-00088 |

### O R D E R

AND NOW, this 24th day of August, 2012, consistent with the above discussion, it is hereby **ORDERED** that:

(1) Plaintiff's Motion to Enforce Settlement Between the Parties [Docket #34] is **DENIED.**

(2) Defendant's Counter-Motion for Sanctions [Docket #35] is **DENIED.**

(3) Future disputes related to the settlement agreement between the parties are to be raised in a new action, and not under the original closed case.

BY THE COURT:

 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By email to:   the Honorable Norma L. Shapiro
            Jack A. Meyerson, Esq.            jmeyerson@meyersonlawfirm.com
            Robert M. Kline, Esq.             rmklinelaw@aol.com